No. 73–1348. J. M. FIELDS, INC. *v.* BRENNAN, SECRETARY OF LABOR. C. A. 5th Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 73–1414. MINNESOTA *v.* ANDREWS. Sup. Ct. Minn. Certiorari denied, it appearing that judgment below rests upon adequate state grounds.

No. 73–1576. DISHEROON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–1642. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE WHITE would grant certiorari.

No. 73–1644. ARENDS *v.* ARENDS. Sup. Ct. Utah. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1648. IVANOV *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART would grant certiorari. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.